# EXHIBIT A-1

| DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO<br>201 La Porte Ave, Suite 100<br>Ft. Collins, CO 80521 | DATE FILED: January 27, 2023 3:36 PM<br>FILING ID: 69FCDFB17013D<br>CASE NUMBER: 2023CV30060 |
|---|---|
| **ADDISON QUINTANA**;<br><br>    Plaintiff,<br><br>v.<br><br>**NUTRIEN LTD.**, a Canadian limited liability company, **NUTRIEN FINANCIAL**, Nutrien's wholly owned finance company., and **Agrium U.S., Inc**., a subsidiary of Nutrien;<br><br>    Defendants. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff*:<br><br>Iris Halpern, #53112<br>Laurie Jaeckel, #41447<br>Rathod \| Mohamedbhai LLC<br>2701 Lawrence Street, Suite 100<br>Denver, CO 80205<br>(303) 578-4400 (t) / (303) 578-4401 (f)<br>ih@rmlawyers.com<br>lj@rmlawyers.com | Case No:<br><br>Division:<br><br>Courtroom: |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE-NAMED DEFENDANTS:** <u>Agrium U.S., Inc., a subsidiary of Nutrien,</u>

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the

Complaint without further notice.

Dated: 01/27/2023

                                              Clerk of Court/Clerk

                                              *s/ Iris Halpern*
                                              Signature of Plaintiff's Attorney

                                              2701 Lawrence St. Suite 100
                                              Address of Plaintiff's Attorney

                                              Denver, CO 80205

                                              303-578-4400
                                              Plaintiff's Attorney's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

|  |  |
|---|---|
| **DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO**<br>201 La Porte Ave, Suite 100<br>Ft. Collins, CO 80521 | DATE FILED: January 27, 2023 3:36 PM<br>FILING ID: 69FCDFB17013D<br>CASE NUMBER: 2023CV30060 |
| **ADDISON QUINTANA**;<br><br>    Plaintiff,<br><br>v.<br><br>**NUTRIEN LTD.**, a Canadian limited liability company, **NUTRIEN FINANCIAL**, Nutrien's wholly owned finance company., and **Agrium U.S., Inc**., a subsidiary of Nutrien;<br><br>    Defendants. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff*:<br><br>Iris Halpern, #53112<br>Laurie Jaeckel, 41447<br>Rathod \| Mohamedbhai LLC<br>2701 Lawrence Street, Suite 100<br>Denver, CO 80205<br>(303) 578-4400 (t) / (303) 578-4401 (f)<br>ih@rmlawyers.com<br>lj@rmlawyers.com | Case No:<br><br>Division:<br><br>Courtroom: |
| **DISTRICT COURT CIVIL SUMMONS** ||

**TO THE ABOVE-NAMED DEFENDANTS: <u>NUTRIEN FINANCIAL, Nutrien's wholly owned finance company.,</u>**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS
©2013 Colorado Judicial Department for use in the Courts of Colorado

time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 01/27/2023

                                            Clerk of Court/Clerk

                                            *s/ Iris Halpern*
                                            Signature of Plaintiff's Attorney

                                            2701 Lawrence St. Suite 100
                                            Address of Plaintiff's Attorney

                                            Denver, CO 80205

                                            303-578-4400
                                            Plaintiff's Attorney's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

| DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO<br>201 La Porte Ave, Suite 100<br>Ft. Collins, CO 80521 | DATE FILED: January 27, 2023 3:36 PM<br>FILING ID: 69FCDFB17013D<br>CASE NUMBER: 2023CV30060 |
|---|---|
| **ADDISON QUINTANA**;<br><br>    Plaintiff,<br><br>v.<br><br>**NUTRIEN LTD.**, a Canadian limited liability company, **NUTRIEN FINANCIAL**, Nutrien's wholly owned finance company., and **Agrium U.S., Inc**., a subsidiary of Nutrien;<br><br>    Defendants. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff*:<br><br>Iris Halpern, #53112<br>Laurie Jaeckel, #41447<br>Rathod \| Mohamedbhai LLC<br>2701 Lawrence Street, Suite 100<br>Denver, CO 80205<br>(303) 578-4400 (t) / (303) 578-4401 (f)<br>ih@rmlawyers.com<br>lj@rmlawyers.com | Case No:<br><br>Division:<br><br>Courtroom: |
| **DISTRICT COURT CIVIL SUMMONS** ||

**TO THE ABOVE-NAMED DEFENDANTS: <u>NUTRIEN LTD., a Canadian limited liability company,</u>**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable

JDF 600   R10-13    DISTRICT COURT CIVIL SUMMONS
©2013 Colorado Judicial Department for use in the Courts of Colorado

time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 01/27/2023



_____
Clerk of Court/Clerk

*s/ Iris Halpern*
Signature of Plaintiff's Attorney

2701 Lawrence St. Suite 100
Address of Plaintiff's Attorney

Denver, CO 80205

303-578-4400
Plaintiff's Attorney's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.