# EXHIBIT A-3



# CT Corporation
Service of Process Notification
02/06/2023
CT Log Number 543160224

## Service of Process Transmittal Summary

**TO:** Jeffrey Conrad, Counsel
Agrium Inc.
13131 Lake Fraser Drive S.E.
Calgary, AB T2J 7E8

**RE:** Process Served in Colorado

**FOR:** Nutrien US LLC  (Domestic State: CO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ADDISON QUINTANA // To: Nutrien US LLC |
| **CASE #:** | 2023CV30060 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **PROCESS SERVED ON:** | C T Corporation System, Centennial, CO |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/06/2023 at 08:35 |
| **JURISDICTION SERVED:** | Colorado |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Jeffrey Conrad  Jeffrey.conrad@nutrien.com |
| | Email Notification,  Kara Fenton  kara.fenton@nutrien.com |
| | Email Notification,  Rhonda Kambeitz  rhonda.kambeitz@nutrien.com |
| | Email Notification,  AMANDA VANDAGRIFF  amanda.vandagriff@nutrien.com |
| | Email Notification,  Jennifer MacAulay Bryant  jennifer.macaulaybryant@nutrien.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 7700 E Arapahoe Road, Suite 220 |
| | Centennial, CO 80112 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



*Note: Process Server Listed*

Service Intended For: Nutrien US LLC



| | CT Corporation |
|---|---|
| | Service of Process Notification |
| | 02/10/2023 |
| | CT Log Number 543202548 |

## Service of Process Transmittal Summary

**TO:**  AMANDA VANDAGRIFF
Nutrien US LLC
3005 ROCKY MOUNTAIN AVE
LOVELAND, CO 80538-9001

**RE:**  Process Served in Colorado

**FOR:**  Nutrien Financial  (Assumed Name)  (Domestic State: DE)
Nutrien Ag Solutions, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ADDISON QUINTANA vs. Nutrien Financial |
| **CASE #:** | 2023CV30060 |
| **PROCESS SERVED ON:** | C T Corporation System, Centennial, CO |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/10/2023 at 14:12 |
| **JURISDICTION SERVED:** | Colorado |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Jeffrey Conrad  Jeffrey.conrad@nutrien.com |
| | Email Notification,  Kara Fenton  kara.fenton@nutrien.com |
| | Email Notification,  Jennifer MacAulay Bryant  jennifer.macaulaybryant@agrium.com |
| | Email Notification,  Rhonda Kambeitz  rhonda.kambeitz@nutrien.com |
| | Email Notification,  AMANDA VANDAGRIFF  amanda.vandagriff@nutrien.com |
| | Email Notification,  Jennifer MacAulay Bryant  jennifer.macaulaybryant@nutrien.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
7700 E Arapahoe Road, Suite 220
Centennial, CO 80112
866-665-5799
SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Service Intended For: Nutrien Financial US LLC