# EXHIBIT A-4

|  |  |
|---|---|
| District Court, Larimer County<br>201 La Porte Ave Suite 100 Ft. Collins, CO 80521 | |
| Plaintiff(s) / Petitioner(s): **Addison Quintana**<br><br>v.<br><br>Defendant(s) / Respondent(s): **Nutrien LTD, Nutrien Financial, Agrium U.S., Inc.** | ▲ COURT USE ONLY ▲<br>DATE FILED: February 6, 2023 4:45 PM<br>FILING ID: ED82DA6299CF5<br>CASE NUMBER: 2023CV30060<br><br>Case No.: 2023CV30060 |
| **AFFIDAVIT OF SERVICE** | |

I, Justin Comella, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Nutrien US LLC in Arapahoe County, CO on February 6, 2023 at 8:08 am at 7700 E Arapahoe Rd, Suite 220, Centennial, CO 80112 by leaving the following documents with Samantha Peck who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Nutrien US LLC .

Complaint
Summons - Nutrien LTD
Summons - Agrium U.S., Inc.

Additional Description:
Documents served to registered agent

White Female, est. age 25, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=39.5948371,-104.899852
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in   Arapahoe County   ,
CO   on   2/6/2023   .

/s/ Justin Comella
Signature
Justin Comella
(720) 706-8370

# Exhibit 1



Exhibit 1a)

| District Court, Larimer County<br>201 La Porte Ave Suite 100 Ft. Collins, CO 80521 | ▲ COURT USE ONLY ▲ |
|---|---|
| Plaintiff(s) / Petitioner(s): **Addison Quintana**<br><br>v.<br><br>Defendant(s) / Respondent(s): **Nutrien LTD, Nutrien Financial, Agrium U.S., Inc.** | DATE FILED: February 13, 2023 4:02 PM<br>FILING ID: B58B8082559EB<br>CASE NUMBER: 2023CV30060<br><br>Case No. 2023CV30060 |
| **AFFIDAVIT OF SERVICE** ||

I, Nathan Vengoechea, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Nutrien Financial US LLC in Arapahoe County, CO on February 10, 2023 at 2:11 pm at 7700 E Arapahoe Rd, 220, Centennial, CO 80112 by leaving the following documents with Samantha Peck who as Intake Specialist at The Corporation Company is authorized by appointment or by law to receive service of process for Nutrien Financial US LLC .

Complaint
Summons - Nutrien Financial

Additional Description:
I circled the defendant and entity to be served and left the documents in the basket as directed.

White Female, est. age 30, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=39.613067627,-105.0103041099
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in  Arapahoe County  ,
  CO   on  2/10/2023   .

/s/ Nathan Vengoechea
Signature
Nathan Vengoechea
(720) 388-9723

# Exhibit 1



Exhibit 1a)

