# Case History

| | | | |
|---|---|---|---|
| ☐ Filed by Plaintiff/Petitioner | **Case Number:** 2023CV030060 | **Division:** 4C | |
| ☐ Filed by Defendant/Respondent | **Case Type:** Employment Discrimination | **Judicial Officer:** Laurie Kazue Dean | |
| ☐ Filed by Court | **Case Caption:** Quintana, Addison v. Nutrien Ltd et al | **Court Location:** Larimer County | |

Show 20    1 - 6 of 6

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| | N/A | 03/09/2023 | N/A | N/A | N/A | | Case Closed - Transferred | N/A |
| ☐ BE6FEFF9B3C05 | 03/08/2023 5:57 PM | Jill Ann Porcaro | Seyfarth Shaw | Nutrien Ltd, Nutrien Financial (more) | ☐ | Notice | Notice of Filing of Notice of Federal Removal Court File Stamped Copy of the Notice of Removal | Public |
| | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - 1 | Protected |
| ☐ B58B8082559EB | 02/13/2023 4:02 PM | Iris Halpern, Lauren Golden Jaeckel | Rathod Mohamedbhai LLC | Addison Quintana | ☐ | Return of Service | Return of Service - Nutrien Financial | Public |
| | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - 1 | Protected |
| ☐ N/A (Details) | 02/07/2023 3:11 PM | Gregory M. Lammons | Larimer County | N/A | ☐ | Notice | NOTICE OF DOCKET ROTATION | Public |
| ☐ ED82DA6299CF5 | 02/06/2023 4:45 PM | Iris Halpern, Lauren Golden Jaeckel | Rathod Mohamedbhai LLC | Addison Quintana | ☐ | Return of Service | Affidavit of Service - Nutrien Ltd and Agrium | Public |
| | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - 1 | Protected |
| ☐ 69FCDFB17013D | 01/27/2023 3:36 PM | Iris Halpern, Lauren Golden Jaeckel | Rathod Mohamedbhai LLC | Addison Quintana | ☐ | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | ☐ | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | ☐ | Notice of Exclusion CRCP 16.1 | Notice of Exclusion CRCP 16.1 | Public |
| | | | | | ☐ | Summons | District Court Civil Summons to Agrium U.S., Inc., a subsidiary of Nutrien | Public |
| | | | | | ☐ | Summons | District Court Civil Summons of Nutrien Ltd | Public |
| | | | | | ☐ | Summons | Summons of Nutrien Financial Canadian limited liability company | Public |

1 - 6 of 6