IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00611-STV

ADDISON QUINTANA,

    Plaintiff,

v.

NUTRIEN LTD., A Canadian Limited Liability company,
NUTRIEN FINANCIAL, Nutrien's wholly owned finance company,
and AGRIUM U.S., INC., A subsidiary of Nutrien;

    Defendants.

___

**ENTRY OF APPEARANCE**
___

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Addison Quintana.

    DATED at Denver, Colorado on this 14th day of March 2023.

                                                                                RATHOD | MOHAMEDBHAI LLC

                                                                                *s/ Lauren Jaeckel*
                                                                                Lauren Jaeckel
                                                                                2701 Lawrence Street, Suite 100
                                                                                Denver, Colorado 80205
                                                                                (303) 578-4400
                                                                                lj@rmlawyers.com
                                                                                *Attorney for Plaintiff*